APPLICANT    <u>ANDREW STUBBS</u>    APPLICATION NO. <u>WR-86,595-02</u>

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

### ACTION TAKEN

DENIED WITHOUT WRITTEN ORDER ON FINDINGS OF TRIAL COURT WITHOUT HEARING.

_____    6-27-18
**JUDGE**                                                  **DATE**