Case 2:18-cv-00289   Document 54   Filed on 05/04/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 04, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ANDREW JOSEPH STUBBS, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL NO. 2:18-CV-289 |
| § | |
| LORIE DAVIS, § | |
| § | |
| Respondent. § | |

# ORDER

The Court is in receipt of Petitioner Andrew Joseph Stubbs' ("Stubbs") Amended Response to Respondent's Motion for Summary Judgment filed on April 27, 2021. Dkt. No. 53. The response is 52 pages in length. Petitioner's counsel is directed to the Court's Civil Procedures, specifically Rule 5 relating to motion practice and briefs. *See* https://www.txs.uscourts.gov/content/united-states-district-judge-hilda-g-tagle. Rule 5.I.(1) states that "[a]ll briefs and memoranda of law must be concise, pertinent, and well organized. Briefs and legal memoranda shall be limited to twenty-five (25) pages, unless permitted by the Court to exceed this limit." *Id.*

In addition, the Court notes the following language in the present motion: "The instant amended response supplements and does not replace Mr. Stubbs' previously filed pleadings." Dkt. No. 53 at 2. It is not clear to which "previously filed pleadings" the statement refers. It is not incumbent upon the Court to comb through previously filed documents when addressing the motion for summary judgment, the response, and any replies. It is incumbent upon the movant to not only be concise and well organized but to clearly state the legal issues being brought before the Court.

The Court strikes Petitioner's Amended Response, Dkt. No. 53. Petitioner shall file an amended response complying with the Court's Civil Procedures by **May 19, 2021.**

SIGNED this 4th day of May 2021.

_____
Hilda Tagle
Senior United States District Judge